UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LINDERMAN, CHRISTOPHER J    § Case No. 07-01897
LINDERMAN, LISA R    §
    §
Debtor(s) WEISS, LISA R.    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 1/28/10 in Courtroom 140, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/04/2010    By: /s/CHARLES J. MYLER
                                Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: LINDERMAN, CHRISTOPHER J § Case No. 07-01897
     LINDERMAN, LISA R §
      §
Debtor(s) WEISS, LISA R. §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    1,837.76

*and approved disbursements of*      $    0.00

*leaving a balance on hand of* [1]      $    1,837.76

Claims of secured creditors will be paid as follows:

*Claimant*                  *Proposed Payment*

        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | CHARLES J. MYLER | $ 170.33 | $ |
| *Attorney for trustee* | Myler, Ruddy & McTavish | $ 1,646.93 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |
| *Trustee* | Charles J. Myler | $ | $ 20.50 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

       *Reason/Applicant*        *Fees*        *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

                                N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,160.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 3,395.74 | $ 0.00 |
| 2 | Discover Bank/Discover Financial Services | $ 4,537.22 | $ 0.00 |
| 3 -3 | CHASE BANK USA, NA | $ 5,015.74 | $ 0.00 |
| 4 | Citibank NA as Trustee | $ 10,211.50 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 39,091.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 9,973.21 | $ 0.00 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 12,354.15 | $ 0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 16,764.23 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 1                   Date Rcvd: Jan 06, 2010
Case: 07-01897                Form ID: pdf006             Total Noticed: 25


The following entities were noticed by first class mail on Jan 08, 2010.
db/jdb         +Christopher J Linderman,   Lisa R Linderman,   407 South Street,   Dundee, IL 60118-2239
aty            +Richard G Larsen,   Myler Ruddy & McTavish,   111 West Downer Place,   Suite 400,
                 Aurora, IL 60506-6110
aty            +Robert R Benjamin,   Querrey & Harrow, Ltd.,   175 West Jackson Boulevard,   Suite 1600,
                 Chicago, IL 60604-2686
tr             +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
                 Aurora, IL 60505-3338
11159993       +Americas Servicing Company,   McCalla Raymer et al,   Bankruptcy Department,
                 1544 Old Alabama Road,   Roswell, GA 30076-2102
11159996       +BNC Mortgage Inc.,   2655 Warrenville Road,   Floor S,   Downers Grove, IL 60515-5555
11159994        Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
11159995        Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
14361630        CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
11159997        Cardmember Service,   PO Box 15299,   Wilmington, DE 19850-5299
11287925       +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
                 Seattle, WA 98121-2339
11531821       +Citibank NA as Trustee,   for Student Loan Corporation,   c/o Citibank (South Dakota) NA,
                 701 E 60th Street North MC 2135,   Sioux Falls, SD 57104-0432
11160000        Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
11160001       +James Halik,   359 Park Street,   Elgin, IL 60120-4457
11160002       +Lynn and Richard Russell,   436 Kelley Lane,   Crystal Lake, IL 60012-3765
11160003        National City,   Elite Visa,   PO Box 2349,   Kalamazoo, MI 49003-2349
11160004       +Option One Mortgage Corp.,   PO Box 44042,   Jacksonville, FL 32231-4042
11160006       +Peter and Christine Cain,   1508 Cumberland,   Joliet, IL 60431-6055
11160007        Sears Credit Cards,   PO Box 6922,   The Lakes, NV 88901-6922
11160008        The Studen Loan Corporation,   c/o Citibank (South Dakota) NA,   PO Box 6615,
                 The Lakes, NV 88901-6615
The following entities were noticed by electronic transmission on Jan 06, 2010.
13072808       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2010 23:58:07
                 AMERICAN INFOSOURCE LP AS AGENT FOR,   FIA Card Services, NA/Bank of America,
                 4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11159998        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 23:58:23     Discover Platinum,
                 PO Box 15192,   Wilmington, DE 19850-5192
11159999        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 23:58:23     Discover Titanium,
                 PO Box 15192,   Wilmington, DE 19850-5192
11251124        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2010 23:58:23
                 Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11160005       +E-mail/Text: bknotification@pchl.com                     People's Choice Home Loan,
                 PO Box 52678,   Irvine, CA 92619-2678
                                                                                              TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**          **Signature:** *Joseph Speetjens*