UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: LINDERMAN, CHRISTOPHER J | § Case No. 07-01897 |
| LINDERMAN, LISA R | § |
| | § |
| Debtor(s) WEISS, LISA R. | § |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

　　　　CHARLES J. MYLER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,579,377.52 | Assets Exempt: $50,962.88 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $83,110.50 |
| Total Expenses of Administration: $1,837.76 | |

　　　　3) Total gross receipts of $ 1,837.76 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,837.76
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $1,505,444.23 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 4,497.81 | 4,957.25 | 4,957.25 | 1,837.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 82,419.99 | 62,251.79 | 62,251.79 | 0.00 |
| TOTAL DISBURSEMENTS | $1,592,362.03 | $67,209.04 | $67,209.04 | $1,837.76 |

4) This case was originally filed under Chapter 7 on February 05, 2007.
. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/11/2010        By: /s/CHARLES J. MYLER
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Peter Cain rent | 1122-000 | 1,823.92 |
| Interest Income | 1270-000 | 13.84 |
| **TOTAL GROSS RECEIPTS** | | **$1,837.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| BNC Mortgage Inc. | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Fifth Third Bank | 4110-000 | 238,000.00 | N/A | N/A | 0.00 |
| Option One Mortgage Corp. | 4110-000 | 291,000.00 | N/A | N/A | 0.00 |
| People's Choice Home Loan | 4110-000 | 364,704.12 | N/A | N/A | 0.00 |
| People's Choice Home Loan | 4110-000 | 356,668.69 | N/A | N/A | 0.00 |
| People's Choice Home Loan | 4110-000 | 205,566.54 | N/A | N/A | 0.00 |
| Fifth Third Bank | 4110-000 | 49,504.88 | N/A | N/A | 0.00 |

UST Form 101-7-TDR (9/1/2009)

| TOTAL SECURED CLAIMS | $1,505,444.23 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 459.44 | 459.44 | 170.33 |
| Charles J. Myler | 2200-000 | N/A | 55.31 | 55.31 | 20.50 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 4,442.50 | 4,442.50 | 1,646.93 |
| Myler, Ruddy & McTavish - Myler, Ruddy & McTavish | 3110-001 | N/A | N/A | N/A | 1,646.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,957.25 | 4,957.25 | 1,837.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/Discover Financial Services | 7100-000 | 3,395.74 | 3,395.74 | 3,395.74 | 0.00 |
| Discover Bank/Discover Financial Services | 7100-000 | 4,537.22 | 4,537.22 | 4,537.22 | 0.00 |
| CHASE BANK USA, NA | 7100-000 | 5,015.74 | 5,015.74 | 5,015.74 | 0.00 |
| Citibank NA as Trustee | 7100-000 | N/A | 10,211.50 | 10,211.50 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7200-000 | 19,573.20 | 9,973.21 | 9,973.21 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7200-000 | 12,314.15 | 12,354.15 | 12,354.15 | 0.00 |
| AMERICAN INFOSOURCE LP AS AGENT FOR | 7200-000 | 16,725.23 | 16,764.23 | 16,764.23 | 0.00 |
| National City Elite Visa | 7100-000 | 2,931.64 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 12,125.78 | N/A | N/A | 0.00 |
| Sears Credit Cards | 7100-000 | 5,801.29 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | 82,419.99 | 62,251.79 | 62,251.79 | 0.00 |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 07-01897 5 | | Trustee: | (330510) | CHARLES J. MYLER |
|---|---|---|---|---|---|
| Case Name: | LINDERMAN, CHRISTOPHER J | | Filed (f) or Converted (c): | 02/05/07 (f) | |
| | LINDERMAN, LISA R | | §341(a) Meeting Date: | 03/12/07 | |
| Period Ending: | 03/11/10 | | Claims Bar Date: | 09/07/07 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead real estate | 248,000.00 | 0.00 | DA | | FA |
| 2 | Single family real estate, Crystal Lake, IL | 385,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Single family real estate, Joliet, IL | 217,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Single family real estate, Hampshire, IL | 376,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Real estate, Elgin, IL | 291,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | Savings account | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | Household furnishings | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | Life insurance | 1.00 | 0.00 | DA | 0.00 | FA |
| 11 | Wife's Sears 401K plan | 39,519.00 | 0.00 | DA | 0.00 | FA |
| 12 | Husband's DKMR 401K plan | 3,043.88 | 0.00 | DA | 0.00 | FA |
| 13 | James Halik, loan | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 14 | Rents | 2,310.12 | 0.00 | DA | 0.00 | FA |
| 15 | Peter Cain rent | 1,643.52 | 1,643.52 | | 1,823.92 | FA |
| 16 | Richard Russell rent | 2,903.52 | 0.00 | DA | 0.00 | FA |
| 17 | Marshall Iocona rent | 3,600.00 | 0.00 | DA | 0.00 | FA |
| 18 | 2006 tax refunds | 3,000.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number:  07-01897 5
Case Name:    LINDERMAN, CHRISTOPHER J
              LINDERMAN, LISA R
Period Ending: 03/11/10

Trustee: (330510)  CHARLES J. MYLER
Filed (f) or Converted (c): 02/05/07 (f)
§341(a) Meeting Date: 03/12/07
Claims Bar Date: 09/07/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 1995 Honda Accord | 500.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2000 Honda Civic | 2,500.00 | 0.00 | DA. | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 13.84 | FA |
| 21 | **Assets** Totals (Excluding unknown values) | $1,611,021.04 | $31,643.52 | | $1,837.76 | $0.00 |

**Major Activities Affecting Case Closing:**
Final report mailed to US Trustee 12/10/09; final report hearing scheduled for 1/28/10

Initial Projected Date Of Final Report (TFR):  December 31, 2007     Current Projected Date Of Final Report (TFR):  January 5, 2010 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-01897 5 | | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|---|
| Case Name: | LINDERMAN, CHRISTOPHER J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LINDERMAN, LISA R | | Account: | ***_*****48-65 - Money Market Account |
| Taxpayer ID #: | 13-7559119 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/11/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/13/07 | {15} | Christine Cain | Rent | 1122-000 | 1,823.92 | | 1,823.92 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.48 | | 1,824.40 |
| 04/17/07 | {16} | Lynn Russell | January rent | 1122-000 | 2,077.00 | | 3,901.40 |
| 04/17/07 | {16} | Lynn Russell | February rent | 1122-000 | 2,077.00 | | 5,978.40 |
| 04/24/07 | {16} | Lynn Russell | NSF January rent check | 1122-000 | -2,077.00 | | 3,901.40 |
| 04/24/07 | {16} | Lynn Russell | NSF February rent check | 1122-000 | -2,077.00 | | 1,824.40 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.37 | | 1,825.77 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.00 | | 1,826.77 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.94 | | 1,827.71 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.04 | | 1,828.75 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.00 | | 1,829.75 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.91 | | 1,830.66 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.07 | | 1,831.73 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.95 | | 1,832.68 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.93 | | 1,833.61 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.83 | | 1,834.44 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.37 | | 1,834.81 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.34 | | 1,835.15 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.25 | | 1,835.40 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.22 | | 1,835.62 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.23 | | 1,835.85 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.23 | | 1,836.08 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.21 | | 1,836.29 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 1,836.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.20 | | 1,836.73 |
| | | | | Subtotals : | $1,836.73 | $0.00 | |

{} Asset reference(s)   Printed: 03/11/2010 02:18 PM   V.11.54

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-01897 5
**Case Name:** LINDERMAN, CHRISTOPHER J
LINDERMAN, LISA R
**Taxpayer ID #:** 13-7559119
**Period Ending:** 03/11/10

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*48-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.14 | | 1,836.87 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 1,837.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.07 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 1,837.13 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.20 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.27 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.34 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.48 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.55 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.62 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.69 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.76 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.83 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.07 | | 1,837.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.07 | | 1,837.69 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,837.76 |
| 01/29/10 | | To Account #\*\*\*\*\*\*\*\*4866 | Transfer to checking | 9999-000 | | 1,837.76 | 0.00 |
| 01/29/10 | 1001 | CHARLES J. MYLER | Voided on 01/29/10 | 2100-003 | | ! 170.33 | -170.33 |
| 01/29/10 | 1001 | CHARLES J. MYLER | Voided: check issued on 01/29/10 | 2100-003 | | ! -170.33 | 0.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 0.01 |
| 03/09/10 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.01 | | 0.00 |

Subtotals :  $1.03   $1,837.76

{} Asset reference(s)       !-Not printed or not transmitted       Printed: 03/11/2010 02:18 PM    V.11.54

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-01897 5
**Case Name:** LINDERMAN, CHRISTOPHER J
LINDERMAN, LISA R
**Taxpayer ID #:** 13-7559119
**Period Ending:** 03/11/10

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*48-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 1,837.76 | 1,837.76 | |
| | | | Less: Bank Transfers | | 0.00 | 1,837.76 | |
| | | | Subtotal | | 1,837.76 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,837.76 | $0.00 | |

{} Asset reference(s) !-Not printed or not transmitted

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 07-01897 5
**Case Name:** LINDERMAN, CHRISTOPHER J
LINDERMAN, LISA R
**Taxpayer ID #:** 13-7559119
**Period Ending:** 03/11/10

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*\_\*\*\*\*\*48-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/29/10 | | From Account #\*\*\*\*\*\*\*\*4865 | Transfer to checking | 9999-000 | 1,837.76 | | 1,837.76 |
| 01/29/10 | 101 | CHARLES J. MYLER | | 2100-000 | | 170.33 | 1,667.43 |
| 01/29/10 | 102 | Charles J. Myler | | 2200-000 | | 20.50 | 1,646.93 |
| 01/29/10 | 103 | Myler, Ruddy & McTavish | | 3110-001 | | 1,646.93 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,837.76 | 1,837.76 | $0.00 |
| | | | Less: Bank Transfers | | 1,837.76 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,837.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,837.76 | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-01897 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | LINDERMAN, CHRISTOPHER J / LINDERMAN, LISA R | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7559119 | Account: | ***_*****48-67 – Money Market Account |
| Period Ending: | 03/11/10 | Blanket Bond: | $5,000,000.00 (per case limit) |
|  |  | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| (No Transactions on File for this Period) |  |  |  |  |  |  |  |
|  |  |  | ACCOUNT TOTALS |  | 0.00 | 0.00 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | Subtotal |  | 0.00 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | NET Receipts / Disbursements |  | $0.00 | $0.00 |  |

Net Receipts :      1,837.76
Net Estate :      $1,837.76

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| MMA # ***_*****48-65 | 1,837.76 | 0.00 | 0.00 |
| Checking # ***_*****48-66 | 0.00 | 1,837.76 | 0.00 |
| MMA # ***_*****48-67 | 0.00 | 0.00 | 0.00 |
|  | $1,837.76 | $1,837.76 | $0.00 |

{ } Asset reference(s)   Printed: 03/11/2010 02:18 PM    V.11.54